IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  14-cv-02942-RPM

TY AND LINDA BARTELS,

      Plaintiffs,

v.

SAFECO INSURANCE COMPANY OF AMERICA,

      Defendant.

_____

ORDER VACATING SCHEDULING ORDER AND SEPTEMBER 15, 2015, FINAL PRETRIAL CONFERENCE AND SETTING SCHEDULING CONFERENCE
_____

Upon reassignment of this civil action and this Court's case management procedures, it is

ORDERED that the Scheduling Order entered on December 12, 2014, by Magistrate Judge Michael E. Hegarty and the September 15, 2015, final pretrial conference are vacated.  It is

FURTHER ORDERED that a scheduling conference will be held on **February 19, 2015, at 2:30 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIIIJudges/HonRichardPMatsch.aspx (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 10/2013).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on February 12, 2015.**  The conference is conducted with lead counsel present in person.  No parties or

representatives of parties will be permitted to attend. Initial disclosures under Rule 26(a)(1) will be completed no later than 10 calendar days before the scheduling conference. It is

FURTHER ORDERED that counsel for defendant shall file a disclosure statement pursuant to Fed.R.Civ.P. 7.1.

Dated:   December 19th, 2014

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge