IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  14-cv-02942-RPM

TY AND LINDA BARTELS,

     Plaintiffs,

v.

SAFECO INSURANCE COMPANY OF AMERICA,

     Defendant.

_____

ORDER DISMISSING PLAINTIFFS' CLAIM FOR BAD FAITH BREACH OF INSURANCE CONTRACT WITHOUT PREJUDICE
_____

Upon review of the Unopposed Motion to Dismiss Plaintiffs' Claim for Bad Faith Breach of Insurance Contract without Prejudice [Doc. 29], it is

ORDERED that the motion is granted.

Dated:   March 18th, 2015

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior District Judge