THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02942-RPM

TY BARTELS, and
LINDA BARTELS,

    Plaintiffs,

v.

SAFECO INSURANCE COMPANY OF AMERICA,

    Defendant.
_____

ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER
_____

THIS MATTER, comes before the Court upon the parties' Joint Motion to Amend Scheduling Order. This Court, having reviewed the file and pleadings, and being fully advised in the premises, hereby **GRANTS** the parties' Joint Motion to Amend Scheduling Order.

The parties will adhere to the following schedule for discovery:

1. The party bearing the burden of persuasion on the issues for which expert opinion in to be offered shall designate the expert and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before June 26, 2015.

2. The parties shall designate all contradicting experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before August 7, 2015.

3. Any rebuttal opinions will be exchanged on or before August 24, 2015.

4. Expert witness depositions shall be completed by September 9, 2015.

5. Except for disclosure of rebuttal expert witness opinions and completion of expert witness depositions, the discovery cut-off for all other discovery shall remain August 19, 2015.

DATED:   June 12, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch. Senior District Judge