# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02942-RPM-MEH

TY BARTELS, and
LINDA BARTELS

       Plaintiffs,

v.

SAFECO INSURANCE COMPANY OF AMERICA,

       Defendant.

_____

### ORDER RE: DEFENDANT SAFECO INSURANCE COMPANY OF AMERICA'S MOTION TO WITHDRAW ITS MOTION TO COMPEL (ECF NO. 36)
_____

       THIS MATTER, having come before the Court on Defendant Safeco Insurance Company of America's ("Safeco's") Motion to Withdraw its Motion to Compel (ECF No. 36) ("Motion"), and the Court, having reviewed the Motion, the file, and being otherwise fully advised in the premises,

       HEREBY GRANTS Safeco's Motion, and

       ORDERS that that Safeco's Motion to Compel (ECF No. 36) is WITHDRAWN from the record in this matter.

       DONE this 29th day of July, 2015.

       BY THE COURT:

       s/Richard P. Matsch
       _____
       Richard P. Matsch, Senior District Judge