IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  14-cv-02942-RPM

TY AND LINDA BARTELS,

      Plaintiffs,

v.

SAFECO INSURANCE COMPANY OF AMERICA,

      Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**


s/M. V. Wentz
  Secretary


      Pursuant to the Notice of Settlement [Doc. 42], the parties shall file appropriate dismissal papers on or before **October 15, 2015.**




DATED: September 17, 2015